IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02002-LTB-BNB

JAMES F. BUTTERWORTH,

Plaintiff,

v.

DEUTSCHE LUFTHANSA AG d/b/a LUFTHANSA GERMAN AIRLINES,

Defendant.
_____

**ORDER**
_____

The parties appeared this afternoon for a scheduling conference. Each side submitted a different scheduling order. The parties are directed to work together and to submit a single scheduling order. In addition, it is apparent to me that this case should be promptly resolved by agreement. Accordingly,

IT IS ORDERED that a supplemental scheduling conference is set for **February 1, 2006, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit a proposed scheduling order consistent with Appendix F to the local rules of practice on or before **January 25, 2006**.

IT IS FURTHER ORDERED that a settlement conference also is set for **February 1, 2006**, at 1:30 p.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel. If an insurance company is involved, an adjustor with

full authority to enter into a settlement also must be present.)

IT IS FURTHER ORDERED that service of pleadings and papers between the parties shall be accomplished by facsimile or by electronic mail.

Dated January 12, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge