IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02002-LTB-BNB

JAMES F. BUTTERWORTH,

Plaintiff,

v.

DEUTSCHE LUFTHANSA AG d/b/a LUFTHANSA GERMAN AIRLINES,

Defendant.
_____

**ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **April 17, 2006**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated April 3, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge