**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-02002-LTB-BNB

JAMES F. BUTTERWORTH,

      Plaintiff,

v.

DEUTSCHE LUFTHANSA AG d/b/a LUFTHANSA GERMAN AIRLINES,

      Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal With Prejudice (Doc 29 - filed April 26, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                          BY THE COURT:

                           s/Lewis T. Babcock
                           Lewis T. Babcock, Chief Judge

DATED: May __1__, 2006